IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CHRISTINA MEDINA, | § | |
| NATALIA GUERRERO, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 5:16-cv-151 |
| | § | |
| ASI LLOYDS, | § | |
| PAUL BLAKE, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Parties have filed a joint Motion to Dismiss with Prejudice, informing the Court that they have settled the case. (Dkt. 9). The Motion is GRANTED, and the case is DISMISSED with prejudice.

DONE at Laredo, Texas, this 3rd day of January, 2017.

_____
George P. Kazen
Senior United States District Judge